No. 636. W. S. BRYAN, APPELLANT, *v.* EDWIN S. LAYMAN. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 9, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Louisville & Nashville R. R. Co.* v. *Motley,* 211 U. S. 149; *Macfadden* v. *United States,* 213 U. S. 288. *Mr. Julian Laughlin* for the appellant. *Mr. U. M. Rose, Mr. G. B. Rose, Mr. W. E. Hemingway, Mr. E. H. Adams* and *Mr. J. F. Loughborough* for the appellee.

---

No. 637. W. S. BRYAN, APPELLANT, *v.* WILLIAM BAGNELL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 9, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Louisville & Nashville R. R. Co.* v. *Mottley,* 211 U. S. 149; *Macfadden* v. *United States,* 213 U. S. 288. *Mr. Julian Laughlin* for the appellant. *Mr. U. M. Rose, Mr. G. B. Rose, Mr. W. E. Hemingway* and *Mr. J. F. Loughborough* for the appellee.